IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02763-AP

JENNIE LYNN SCHRODER,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

  **1.**    **APPEARANCES OF COUNSEL**

    For Plaintiff:

    Kathryn Hall, Esq.
    Law Office of Kathryn Hall
    8910 Ralston Road, Suite 203
    Arvada, CO 80002
    Telephone: (303) 456-5928
    FAX: (303) 456-5410
    E-mail: kathrynhall@qwestoffice.net

    For Defendant**:**

    JOHN F. WALSH
    United States Attorney

    J. BENEDICT GARCIA
    Assistant United States Attorney
    United States Attorney's Office
    District of Colorado

    ALLAN D. BERGER
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 4169
    Denver, Colorado  80294-4003
    Telephone:  (303) 844-2149
    Allan.berger@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g) and section 1383(c).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.  Date Complaint Was Filed: **10/10/13.**
   B.  Date Complaint Was Served on U.S. Attorney's Office: **10/21/13.**
   C.  Date Answer and Administrative Record Were Filed: **01/16/14.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     BRIEFING SCHEDULE**

   A.  Plaintiff's Opening Brief Due:         **3/14/14.**
   B.  Defendant's Response Brief Due:     **4/30/14.**
   C.  Plaintiff's Reply Brief (If Any) Due: **5/15/14.**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.     Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.     Defendant's Statement: Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.     ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
   B.     ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Kathryn Hall**
Kathryn Hall, Esq.
Law Office of Kathryn Hall
8910 Ralston Road, Suite 203
Arvada, CO 80002
Telephone: (303) 456-5928
FAX: (303) 456-5410
E-mail: kathrynhall@qwestoffice.net

**For Defendant:**

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCIA
Assistant United States Attorney
United States Attorney's Office District
of Colorado

**s/Allan D. Berger**
ALLAN D. BERGER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado  80294-4003
Telephone:  (303) 844-2149
Allan.berger@ssa.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02763-AP

JENNIE LYNN SCHRODER,

       Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

       Defendant

---

**NOTICE AND CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE**

---

       In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

       You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

       Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

       An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

       If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a magistrate judge, excluding the magistrate judge previously assigned.

## CONSENT TO EXERCISE OF JURISDICTION BY
## A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 646(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. A proposed order is attached.

**For Plaintiff:**

Kathryn Hall, Esq.
Law Office of Kathryn Hall 8910
Ralston Road, Suite 203
Arvada, CO 80002
Telephone: (303) 456-5928
FAX: (303) 456-5410
E-mail: kathrynhall@qwestoffice.net

**For Defendant:**

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCIA
Assistant United States Attorney
United States Attorney's Office District
of Colorado

ALLAN D. BERGER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
Telephone: (303) 844-2149
Allan.berger@ssa.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02763-AP

JENNIE LYNN SCHRODER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant

---

### ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)
---

    Pursuant to D.C.COLO.LCivR 72.2, on the ____ day of _____, 2014, Magistrate Judge _____ notified the court of the parties' unanimous consent to disposition of the above action by a United States magistrate judge. Now, therefore, being sufficiently advised,

    IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 646(c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge _____; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

                                  BY THE COURT:

DATED: _____                         _____

                                                Judge, United States District Court

## NOTICE OF REASSIGNMENT

      Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge_____.

Clerk,

By: _____
      Deputy Clerk