IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02763-MEH

JENNIE LYNN SCHRODER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Magistrate Michael E. Hegarty on August 20, 2014 , incorporated herein by reference, it is

ORDERED that the decision of the ALJ that Plaintiff Jennie Lynn Schroder was not disabled is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Jennie Lynn Schroder.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 20th  day of August, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/S. Libid

Deputy Clerk